# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:22-cv-01194-JVS-JDE          Date May 31, 2023

Title: Rejimus, Inc. v. Andreea Simo

Present: The Honorable James V. Selna

| Elsa Vargas | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None          None

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated 5/31/23, Dkt No. 21 .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____eva_____